IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PRINCESS JONES**                                                                 **PLAINTIFF**

v.                              Case No. 4:09-cv-961-DPM

**WINDSTREAM COMMUNICATIONS, INC.**                        **DEFENDANT**

**PROTECTIVE ORDER**

Windstream's renewed second motion for a protective order, *Document No. 60*, is granted. Jones and her counsel are ordered to return the original and all copies of the documents contained in *Document No. 53-3* to Windstream no later than 29 April 2011.

Jones requests that the Court dismiss her case with prejudice. *Document No. 62, at 1.* The Court will do so when she complies with this Order and Windstream certifies on the record that it has received the requested documents.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

25 April 2011