IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PRINCESS JONES**                                                                                           **PLAINTIFF**

v.                                        Case No. 4:09-cv-961-DPM

**WINDSTREAM COMMUNICATIONS, INC.**                                   **DEFENDANT**

ORDER

Windstream confirms that Jones has returned the disputed documents. Pursuant to the parties' requests, *Document No. 62, at 1, & Document No. 68, at 1*, and the Court's previous Order, *Document No. 64, at 1*, Jones's complaint is therefore dismissed with prejudice. FED. R. CIV. P. 41(a)(2).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

26 May 2011