IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PRINCESS JONES                                                                    PLAINTIFF

v.                              Case No. 4:09-cv-961-DPM

WINDSTREAM COMMUNICATIONS, INC.                      DEFENDANT

JUDGMENT

Princess Jones's amended complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

26 May 2011